# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Christopher Logan

                        Plaintiff,

v.                                                        Case No.: 1:17−cv−06639
                                                             Honorable Gary Feinerman

American Roof Preservers, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 5, 2018:

      MINUTE entry before the Honorable Gary Feinerman:Plaintiff's stipulation to dismiss [23] is granted. This case is dismissed with prejudice, with each side bearing its own attorney fees and costs. Status hearing set for 4/3/2018 [22] is stricken. Civil case closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.